

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2022

No. 04-22-00548-CV

**HOLLINGSWORTH-PACK CORPORATION** and Christopher A. Hewitt, P.E.,
Appellants

v.

Elroy **RODRIGUEZ** as Trustee of Peter R. Villarreal Irrevocable Life Insurance Trust,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI10686
Honorable Nicole Garza, Judge Presiding

# O R D E R

The reporter's record in this appeal was due September 6, 2022. Mr. David J. Laurel is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. On September 28, 2022, this court notified Mr. Laurel via email that the reporter's record had not been filed and instructing him to file a Notification of Late Record. We received no response to our letter.

It is therefore ORDERED that Mr. Laurel file the record in this court **no later than October 20, 2022.** If the record is not received by such date, a show cause order shall issue directing Mr. Laurel to appear on a day certain and show cause why he should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Mr. Laurel by certified mail, return receipt requested, and by regular United States mail.

Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See* TEX. R. APP. P. 35.3(c).

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court